UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
NATALIA JUSCINSKA,

       Plaintiff,

  v.

LA BUCA RESTAURANT, INC. d/b/a
SWING 46 JAZZ AND SUPPER CLUB,
*a New York corporation*, and 349/351
WEST 46th STREET, LLC, *a New York
limited liability company,*

       Defendants.
-------------------------------------------------------X

CASE NO.: 1:22-cv-01975-ALC

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, NATALIA JUSCINSKA, by and through undersigned counsel, hereby files this Notice of Voluntary Dismissal without Prejudice.

DATED:     March 18, 2022

                  Respectfully Submitted,

                  **LAW OFFICES OF NOLAN KLEIN, P.A.**
                  *Attorneys for Plaintiff*
                  633 S. Andrews Ave., Ste. 500
                  Ft. Lauderdale, FL 33301
                  PH:    (954) 745-0588

       By:  */s/ Nolan Klein*
                  NOLAN KLEIN, ESQUIRE
                  (NK4223)
                  klein@nklegal.com
                  amy@nklegal.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk of the Court using CM/ECF, this **18th** day of **March**, 2022.

<pre>
                                  By:  /s/ Nolan Klein
                                       NOLAN KLEIN, ESQUIRE
                                       (NK4223)
</pre>